**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**ROBERT HARRISON**

              Plaintiff,

v.                                          CASE NO.: 3:23-CV-848-MHL

Trans Union, LLC
              Defendants.

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

      Please note the appearance of Jason M. Krumbein of Krumbein Consumer Legal Services,

as co-counsel of record for Plaintiff.

                        ROBERT HARRISON

                        By: _____/s/Jason M. Krumbein_____.
                                Of Counsel
                        Jason M. Krumbein, Esq. VSB#43538
                        Krumbein Consumer Legal Services, Inc
                        1650 Willow Lawn Dr. Suite 201
                        Richmond, VA 23230
                        804.592.0792
                        804.823.2565 (fax)
                        JKrumbein@KrumbeinLaw.com(e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 30th Day of April, 2024, that I electronically file the foregoing with the Clerk of the Court  using the CM/ECF system, which will then send a notice of such filing (NEF) to the following:

Karima Tawfik Thompson, Esq.
Counsel for Trans Union, LLC

And I hereby certify that I will mail the document by US Mail to the following non filing users:

By:_____/s/ Jason M. Krumbein____.
Jason M. Krumbein, Esq. VSB#43538
Counsel for the Plaintiff
Krumbein Consumer Legal Services
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com(e-mail)