Retainer agreement

2024-April-30

I, Robert N. Harrison, am retaining Jason M. Krumbein to resolve the following matters:

Henrico Circuit Court: CL24-842, Robert Harrison v. Equifax Information Services

US District Court, 3:23-CV-848-MHL, Robert Harrison v. Trans Union, LLC

US District Court 3:24-CV-31-RCY, Robert Harrison v. Experian Information Solutions, Inc.

_____
Robert N. Harrison

I accept

_____
Jason M. Krumbein