UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**ROBERT HARRISON**

    Plaintiff,

v.                                CASE NO.: 3:23-CV-848-MHL

Trans Union, LLC
    Defendants.

### NOTICE OF DISMISSAL PURSUANT TO FRCivP 41

COMES now the plaintiff, by counsel, and files this NOTICE OF DISMISSAL WITHOUT PREJUDICE pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). No defendant has filed an Answer or Motion for Summary Judgment.

                                            Robert Harrison

                                            By:_____/s/Jason M. Krumbein_____.
                                                       Of Counsel
                                            Jason M. Krumbein, Esq. VSB#43538
                                            Krumbein Consumer Legal Services, Inc
                                            1650 Willow Lawn Dr. Suite 201
                                            Richmond, VA 23230
                                            804.592.0792
                                            804.823.2565 (fax)
                                            JKrumbein@KrumbeinLaw.com(e-mail)

**SO ORDERED**

_____/s/_____ /s/ MHL
M. Hannah Lauck
United States District Judge

5/1/24

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th Day of April, 2024, that I electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notice of such filing (NEF) to the following:

Karima Tawfik Thompson, Esq.
Counsel for Trans Union, LLC

And I hereby certify that I will mail the document by US Mail to the following non filing users:

By:_____/s/ Jason M. Krumbein___.
Jason M. Krumbein, Esq. VSB#43538
Counsel for the Plaintiff
Krumbein Consumer Legal Services
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com(e-mail)